IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORYDORAS TECHNOLOGIES, LLC § | | |
| § | | |
| *Plaintiff*, § | | |
| vs. § | Case No. 2:19-CV-0304-JRG-RSP | |
| § | | |
| BEST BUY CO., INC., and § | **JURY TRIAL DEMANDED** | |
| BEST BUY STORES, L.P. § | | |
| § | | |
| *Defendants*. § | | |

## STIPULATION REGARDING ACER PRODUCTS

Plaintiff, Corydoras Technologies, LLC and Defendants, Best Buy Co., Inc., and Best Buy Stores, L.P., hereby stipulate to the dismissal WITH PREJUDICE of all claims of infringement based on the Acer branded products that Plaintiff raised or could have raised against Defendants. This dismissal is WITHOUT PREJUDICE as to any other claims, counterclaims, or defenses that either party has raised or could have raised.

Plaintiff's remaining claims of infringement based on the non-Acer branded products shall remain pending.

Respectfully submitted,

Dated: May 1, 2020     By:   */s/ John T. Polasek*
John T. Polasek
Texas Bar. No. 16088590
ted@epiplawyers.com
Elliott & Polasek, PLLC
6750 West Loop South, Suite 995
Bellaire, Texas 77401
Telephone: (832) 485-3560
Facsimile: (832) 778-6010

*Attorneys for Plaintiff,
Corydoras Technologies, LLC*

Dated: May 1, 2020 By: */s/ Kaiwen Tseng*
Kaiwen Tseng
California Bar No. 193756
(Admitted in the Eastern District of Texas)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel: (650) 517-5200
Fax: (650) 226-3133
Email: ktseng@tklg-llp.com

*Counsel for Defendants*
*BEST BUY CO., INC., and BEST BUY*
*STORES, L.P.*