# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORYDORAS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC., and<br>BEST BUY STORES, L.P.,<br><br>Defendants. | Civil Action No. 2:19-cv-00304-JRG-RSP<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## STIPULATION REGARDING GOOGLE PRODUCTS

Plaintiff, Corydoras Technologies, LLC and Defendants, Best Buy Co., Inc., and Best Buy Stores, L.P., hereby stipulate to the dismissal WITH PREJUDICE of all claims of infringement based in whole or in part on the Pixel 2, Pixel 2 XL, Pixel 3, Pixel 3 XL, Android operating system, or any other product of Google and/or a Google affiliate, including but not limited to services, components, hardware, software, websites, processes, machines, manufactures, and any combinations and components thereof ("Google Products"), that Plaintiff raised or could have raised against Defendants. This dismissal is WITHOUT PREJUDICE as to any other claims, counterclaims, or defenses that either party has raised or could have raised.

Plaintiff's remaining claims of infringement based on products other than Google Products shall remain pending.

Respectfully submitted,

Dated: May 22, 2020    By:   */s/ John T. Polesek*
John T. Polasek
Texas Bar. No. 16088590
ted@epiplawyers.com
Elliott & Polasek, PLLC
6750 West Loop South, Suite 995
Bellaire, Texas 77401
Telephone: (832) 485-3560
Facsimile: (832) 778-6010

        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        CAPSHAW DERIEUX, LLP
        114 East Commerce Avenue
        Gladewater, Texas 75647
        Telephone: (903) 845-5770

*Attorneys for Plaintiff,*
*Corydoras Technologies, LLC*


Dated: May 22, 2020        By: */s/ Gregory F. Corbett*
        Melissa Richards Smith
        Texas State Bar No. 24001351
        Email: melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

        Of Counsel

        Gregory F. Corbett (*pro hace vice*)
        Nathan R. Speed (*pro hac vice*)
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, MA 02210
        617.646.8000 Phone
        617.646.8646 Fax

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 22, 2020.

                                                      */s/ Melissa R. Smith*