# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CORYDORAS TECHNOLOGIES, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2:19-CV-0304-JRG-RSP |
| | § | |
| | § | |
| BEST BUY STORES, LP, | § | **JURY TRIAL DEMANDED** |
| BESTBUY.COM, and | § | |
| BEST BUY TEXAS.COM, LLC | § | |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Corydoras Technologies, LLC ("Plaintiff") and Defendants Best Buy Stores, LP, BestBuy.com, and Best Buy Texas.com, LLC ("Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Respectfully submitted,

Dated: August 12, 2020     By:     */s/ John T. Polasek*
John T. Polasek
Texas Bar. No. 16088590
ted@epiplawyers.com
Elliott & Polasek, PLLC
6750 West Loop South, Suite 995
Bellaire, Texas 77401
Telephone: (832) 485-3560

        Facsimile: (832) 778-6010

        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        CAPSHAW DERIEUX, LLP
        114 East Commerce Avenue
        Gladewater, Texas 75647
        Telephone: (903) 845-5770

        *Attorneys for Plaintiff,*
        *Corydoras Technologies, LLC*

Dated: August 12, 2020        By: */s/ Melissa R. Smith*
        Melissa Richards Smith
        Texas State Bar No. 24001351
        Email: melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

        Of Counsel:

        T. Vann Pearce, Jr.
        Email: vpearce@orrick.com
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Columbia Center
        1152 15th Street N.W.
        Washington, D.C. 20005
        202.339.8696 Phone
        202.339.8500 Fax

        J. David Hadden, CSB No. 176148
        Email: dhadden@fenwick.com
        FENWICK & WEST LLP
        801 California Street
        Mountain View, CA 94041
        Telephone: 650.988.8500
        Facsimile: 650.938.5200

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of August, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                    */s/ Melissa R. Smith*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CORYDORAS TECHNOLOGIES, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2:19-CV-0304-JRG-RSP |
| | § | |
| | § | |
| BEST BUY STORES, LP, | § | **JURY TRIAL DEMANDED** |
| BESTBUY.COM, and | § | |
| BEST BUY TEXAS.COM, LLC | § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Corydoras Technologies, LLC ("Plaintiff") and Defendants Best Buy Stores, LP, BestBuy.com, and Best Buy Texas.com, LLC ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.